UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

MEDASSIST-OP, INC.,

    Plaintiff,

vs.                                                         Case No. 8:07-CV-2256-T-27EAJ

SECRETARY, UNITED STATES
DEPARTMENT OF HEALTH AND HUMAN
SERVICES, in his official capacity,

    Defendant.
_____/

## ORDER

**BEFORE THE COURT** is the Report and Recommendation submitted by the Magistrate Judge (Dkt. 14) recommending that this case be dismissed based on Plaintiff's failure to retain counsel as ordered by the Magistrate Judge on May 30, 2008 (Dkt. 13). Neither party filed written objections to the Report and Recommendation, and the time for doing so has expired.

"[A] corporation is an artificial entity that can act only through agents, cannot appear *pro se*, and must be represented by counsel." *Palazzo v. Gulf Oil Corp.*, 764 F.2d 1381, 1385 (11th Cir. 1985), *cert. denied*, 474 U.S. 1058 (1986). Plaintiff's failure to retain counsel within the time permitted and failure to respond to the Report and Recommendation justifies dismissal of this action without prejudice for failure to obey the May 30, 2008 Order pursuant to Rule 16(f) of the Federal Rules of Civil Procedure and failure to prosecute pursuant to Local Rule 3.10. Accordingly, the Court is of the opinion that the Report and Recommendation should be adopted, confirmed, and approved in all respects.

1

Upon consideration, it is **ORDERED AND ADJUDGED**:

1) The Report and Recommendation (Dkt. 14) is adopted, confirmed, and approved in all respects and is made a part of this order for all purposes, including appellate review.

2) All pending motions are **DENIED** as moot.

3) This case is **DISMISSED WITHOUT PREJUDICE** and the Clerk is directed to **CLOSE** the case.

**DONE AND ORDERED** in Tampa, Florida, on this 16th day of September, 2008.

JAMES D. WHITTEMORE
United States District Judge

Copies to:
Counsel of Record
Plaintiff